

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00616-CV

In the **INTEREST OF D.S.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02108
Honorable Fred Shannon, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order of Termination signed July 18, 2013, is AFFIRMED.

We **order** no costs assessed against appellant because he is indigent.

SIGNED January 15, 2014.

_____
Luz Elena D. Chapa, Justice